IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE CHEROKEE BROWN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. KATZ, et al. ,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:20-cv-2386-EFB P<br><br>**[PROPOSED]** ORDER |

　　The Office of the Attorney General is specially appearing in this matter to request an extension of time to execute a service waiver.  Good cause appearing, the first request for an extension of time in which to execute a service waiver for Defendant Katz is GRANTED. Defendant Katz will have forty-five days from the date of this order to execute a waiver of service. The Clerk of the Court shall terminate ECF No. 15.

Dated:  January 19, 2021.

　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE